

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-14-00609-CV

Irma **LEMUS** and Manuel Lemus,
Appellant

v.

John Rene **AGUILAR**, Johnny B. Wells, Laura Ashley Wells, and Johnny Montoya Garza,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on June 23, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court